# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152389

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                           SC: 152389
                                                            COA: 328515
                                                            Wayne CC: 08-016236-FC

RAHAAB LOUIS CHILDS,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the September 11, 2015
order of the Court of Appeals is considered, and it is DENIED, because the defendant has
failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016

a1017                                                              Clerk